UNITED STATES of America, Appellee, v. G. WILKENFELD & CO., Inc., Abner B. Taub, Jacob Taub, and Gustave Wilkenfeld, Appellants, Abraham Kelmanson, Roman Pajewski, Anthony Torre, Matteo Yovino, Meyer Zelickman, Anthony Cavarlier, Morris Solomon, Vito Gaeta, John Lepora, Harry Lepora and John Manno, Defendants.

No. 175.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1930.

Harold L. Turk, of Brooklyn, N. Y., and Samuel Rosenmeier, for appellants.

Herbert H. Kellogg, of Brooklyn, N. Y., for the United States.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment [46 F.(2d) 462] affirmed.